UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| Brenda R. Bromell, | ) | C/A No. 8:05-0077-JFA |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| State of South Carolina, and | ) | |
| United States of America, | ) | |
| Respondents. | ) | |
| | ) | |

This matter is before the court on petitioner's petition seeking to compel transfer from the South Carolina Department of Corrections to the custody fo the Federal Bureau of Prisons. The matter was referred to a Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2)(c), D.S.C., to submit findings and recommendations to the District Court.

On April 22, 2005, the petitioner filed a motion in her underlying criminal case, 3:03-361-JFA to reduce her sentence. That motion effectively addressed the same issue addressed in this petition. The court converted the petitioner's motion as a petition pursuant to 28 U.S.C. § 2255, 3:05-1356-JFA, and granted the requested relief. As such, this court has already provided all the relief to which the petitioner is entitled. Therefore, the court finds that this petition is moot.

IT IS SO ORDERED.

/s/ Joseph F. Anderson, Jr.
United States District Judge

May 13, 2005
Columbia, South Carolina

1